# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

# NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>TYSON FOODS INC., CHICKEN RAISED WITHOUT ANTIBIOTICS CONSUMER LITIGATION | Case No. 1:08-md-01982-RDB<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Plaintiffs hereby move for preliminary approval of a proposed class action settlement in this litigation pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and state as follows:

1.  A preliminary evaluation shows that the proposed settlement appears fair, i.e., the result of good-faith bargaining at arm's length, without collusion.

2.  A preliminary evaluation shows that the proposed settlement appears adequate, i.e., providing adequate consideration to the proposed class under the circumstances, including the strengths and weaknesses of the case, and the delay, expense, and risk of continued litigation.

3.  Accordingly, the proposed settlement falls within the range of possible final approval, and there is probable cause to notify the class of the settlement.

4.  Therefore, Plaintiffs request that the Court grant preliminary approval of the proposed settlement; direct that notice be given to the class in the manner proposed; and set a final fairness hearing to determine whether the settlement should be granted final approval, and whether and in what amount the application of Plaintiffs' counsel for attorneys' fees and expenses should be granted.

5. In support of this motion, Plaintiffs submit the accompanying memorandum of points and authorities; the accompanying Declaration of James P. Ulwick, to which is attached the Settlement Agreement and General Release setting forth the proposed settlement; and a proposed order.

Dated:  January 12, 2010            Respectfully submitted,

/s/ James P. Ulwick
───────────────────────────

James P. Ulwick
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone:  (410) 752-6030
Facsimile:  (410) 539-1269

Scott E. Poynter
Chris D. Jennings
Gina M. Dougherty
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas 72201
Telephone:  (501) 907-2555
Facsimile:  (501) 907-2556

Daniel C. Girard
A. J. De Bartolomeo
Amanda Steiner
Christina H.C. Sharp
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Richard S. Lewis
James J. Pizzirusso
HAUSFELD, LLP
1700 K St., NW, Suite 650
Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201

Gary Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, New York 10012
Telephone:  (212) 680-5150
Facsimile:  (646) 277-1151

*Attorneys for Plaintiffs and
the proposed Settlement Class*

3