I just received the action settlement papers today (4-18-10) There's no way to get it to you by the 19th, but it'll be mailed or postmarked by then.

I am a member of the class action settlement. I have no adequate proof of purchases for the past years, but we eat chicken every Friday of every month & have for years.

Please re-consider this; & also; it did not give me time to reply on time & get things mailed back in time. Please re-consider,

Thank you

I can not make it to a hearing, I'm 71 yrs old & don't travel.

Sincerely
Ruth Valencia

___ FILED     ___ ENTERED
___ LOGGED    ___ RECEIVED

APR 21 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY