```
CI: BC                                                      DATE APRIL 19 2010
                                NOTES MAINTENANCE
FUNC: i  REC ID: PA  KEY: [redacted]              TYPE:          PAGE: 01
         XFER:                                    OPTIONS:
NOTE TEXT:  CASE # 1:08-md-01982-RDB
```

i am writing to you because of the tyson chicken settlement.  i have completed an online claim and therefore have received the information explaining the settlement proceeds.

as i understand it, because of the fact that there were no receipts in my possesion for the chicken products that i had purchased during the time period mentioned in the settlement information that i am to receive a $5.00 coupon good for a future purchase of tyson chicken products.  i am objecting to this as i deem it as an unfair practice.  i purchased many chicken items from tyson during this time period and i should not be expected to provide receipts dating back to the time in question.  receipts are only kept until the product purchased was consumed and the payment form has been cleared.  we should not be expected to same purchase receipts until the end of time or if and when a possible class action may or may not be pursued.

because of this i am requesting to receive the full amount of the settlement as if i had a cash receipt.  i hope you can accept this statement instead of many old receipts as proof of purchase.  i assure you i purchased many of these products and should be able to ask for full reimbursement if not the maximum

```
WINDOW ID:    WINDOW [redacted] t.     thank you for your time.
ENTER CHANGES AS REQUIRED - HIT [redacted]
```

Sincerely

Jill Hendle
JILL HENDLE

FILED / ENTERED
LOGGED / RECEIVED
APR 22 2010
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Ms. Jill Hendle
1621 Oakwood Ave.
Des Plaines, IL 60016-6619

P.S. I only received the Class info today 4-19-10 — That is why I am responding at this date