FILED: July 28, 2010

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 10-1731
(1:08-md-01982-RDB)

_____

In re: TYSON FOODS, INC., CHICKEN RAISED WITHOUT ANTIBIOTICS
CONSUMER LITIGATION

-------------------------------

MARCIA KRANISH; MICHELE REHKOP; KARENLEE A. SMITH; GINNY TURNER;
MARIKO COHEN; MONIQUE GILLES; KENNETH MICHAEL FREEMAN; SHANNON
ZIMMERMAN; ELIZABETH GUARD; MARY F. WILSON; EILEEN EPSTEIN; JOHN
K. ZUKOWSKY; LYNNE ZUKOWSKY; NKENDILIM OKEKE; JOKUBUS ZIBURKUS;
DIANE WRIGHT; DENISE COURT; ROSALYN MIZE; LINDA LATIMER; JOHNNIE
M. GUPTON; RICHARD C. JOHNSON; JUNE F. JOHNSON

           Plaintiffs - Appellees

and

TYSON FOODS, INC.

           Defendant - Appellee

v.

JENNIFER HORRELL; SALLIE TURNER; SHELAGH NEEDHAM-WARD

           Parties-in-Interest - Appellants

 and

RUTH VALENCIA; JILL HENDLE; SARA SIBLEY; THOMAS L. COX, JR.

           Parties-in-Interest

and

FRIENDS FOR NEIGHBORHOOD PROGRESS, INC.

        Movant

_____

O R D E R

_____

Upon consideration of the motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the Court grants the motion.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk